UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION (DES MOINES)

---

NAOMI JONES,
        Plaintiff,

v.

TRANS UNION, LLC,
        Defendant.

CASE NO. 4:12-cv-00621-HDV-RAW

Judge Harold D. Vietor
Magistrate Judge Ross A. Walters

---

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC

---

Plaintiff Naomi Jones, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

        Respectfully submitted,

Date: April 30, 2013

    *s/L. Ashley Zubal*
L. Ashley Zubal, Esq.
Marks Law Firm, P.C.
4225 University Avenue
Des Moines, IA 50311
Telephone: 515-276-7211
Fax: 515-276-6280
E-Mail: ashley@markslawdm.com

*Counsel for Naomi Jones*

Date:  April 30, 2013                                     s/Breanne J. Strubinger (w/consent)
William R. Brown, Esq.
(admitted *Pro Hac Vice*)
Breanne J. Strubinger, Esq.
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax: (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com
             bstrubinger@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*


Jamie F. Deremiah, Esq.
Marberry Law Firm, P.C.
2641 86th Street
Urbandale, IA  50322
Telephone:  515-633-3000
Fax:  515-633-2362
jamie@marberrylawfirm.com

*Local Counsel for Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **30th day of April, 2013**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| William R. Brown, Esq. <br> wbrown@schuckitlaw.com | Jamie F. Deremiah, Esq. <br> jamie@marberrylawfirm.com |
|---|---|
| Breanne J. Strubinger, Esq. <br> bstrubinger@schuckitlaw.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **30th day of April, 2013**, properly addressed as follows:

| None. | |
|---|---|

              *s/L. Ashley Zubal*
L. Ashley Zubal, Esq.
Marks Law Firm, P.C.
4225 University Avenue
Des Moines, IA  50311
Telephone:  515-276-7211
Fax:  515-276-6280
E-Mail:  ashley@markslawdm.com

*Counsel for Naomi Jones*